IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID EARL GRAY,

        Plaintiff,                    No. CIV S-07-0337 GEB GGH P

    vs.

ALBERT NAJERA, et al.,

        Defendants.              ORDER

_____/

        On March 14, 2007, the court dismissed plaintiff's complaint with leave to amend. On March 22, 2007, plaintiff filed a letter with the court stating that he did not understand the March 14, 2007, order. Plaintiff states that he does not understand whether the court dismissed the entire complaint or part of the complaint. Plaintiff is informed that the court dismissed the entire complaint with leave to amend.

        Plaintiff also states that he does not understand the legal grounds on which the court dismissed his claims. The court cannot further explain the reasons it dismissed the complaint. The court also cannot provide plaintiff with legal advice.

/////

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff is granted an extension of
2  time to file his amended complaint; plaintiff's amended complaint is due within thirty days of the
3  date of this order.
4  DATED: 3/28/07                    /s/ Gregory G. Hollows
5                                                     UNITED STATES MAGISTRATE JUDGE
6
7  gray337.ord